UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 22-cr-00066-CAB |
| | ) | |
| | ) | **JUDGMENT AND ORDER OF** |
| | ) | **DISMISSAL OF INFORMATION** |
| v. | ) | |
| | ) | |
| SOLEDAD GUILLEN, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 15, 2022

_____

The Honorable Cathy Ann Bencivengo
United States District Court Judge